**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge Raymond P. Moore**

Civil Action No. 22-cv-02326-RM-SBP

SANDRA SCHISSLER,
KARLY SISSEL, and
DERRICK HITTSON, individually and as representatives of a class of similarly situated persons, and on behalf of the Janus 401(k) and Employee Stock Ownership Plan,

Plaintiffs,

v.

JANUS HENDERSON US (HOLDINGS) INC.,
JANUS HENDERSON ADVISORY COMMITTEE, and
JOHN AND JANE DOES 1-30,

Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY FEES, COSTS, ADMINISTRATIVE EXPENSES, AND SERVICE AWARDS**

---

Before the Court is Plaintiffs' Unopposed Motion for Attorneys' Fees, Costs, Administrative Expenses, and Class Representative Service Awards. (ECF No. 184.) Having considered the Motion and related filings, including the Class Action Settlement Agreement (ECF No. 182-2), as well as the arguments of Class Counsel from today's Final Fairness Hearing, the Court GRANTS the Motion and ORDERS as follows:

1. Class Counsel's request for an award of $2,166,666 in attorney fees is approved. Having reviewed Class Counsel's application and the applicable legal authorities, the Court finds the requested amount to be reasonable and appropriate.

2. Class Counsel's request for reimbursement of litigation expenses in the amount of $372,708.92 is approved. The Court has reviewed these expenses and finds that they are reasonable and appropriate given the nature of this action.

3. Class Counsel's request for disbursement of settlement administration expenses in the amount of $33,253 is approved. The Court has reviewed these expenses and finds they are reasonable and necessary to effectuate the Settlement.

4. Plaintiffs' request for service awards of $15,000 each to Class Representatives Sandra Schissler, Karly Sissel, and Derrick Hittson are approved. The Court finds these service awards to be justified under the facts of this case and consistent with applicable legal authorities.

DATED this 4th day of September, 2026.

BY THE COURT:

RAYMOND P. MOORE
Senior United States District Judge